STANDARD PRELIMINARY ORDER FOR ALL CIVIL CASES

To facilitate efficient disposition of motions and prompt resolution of disputes, the Court supplements and modifies the Local Rules as follows. It is ORDERED that:

1. The Court will enforce the requirements of the Local Rules, as modified and supplemented herein. Parties are reminded that spacing, margin, and font constraints are mandatory; excessive or inappropriate single-spaced footnotes or other stratagems designed to avoid page limits will not be allowed; legal arguments require citation to legal authority; factual assertions unsupported by citation to specific evidence in the record will be disregarded; and a citation to a multi-page exhibit must contain a pin cite directing the Court's attention to the specific page and, where possible, the line or paragraph number containing the cited evidence.

2. A litigant may submit proposed orders in WordPerfect, as contemplated by Local Rule 5.3(f)(3), or in Microsoft Word, whichever is easier for the litigant. The Court prefers Word format.

3. The parties are excused from compliance with Local Rule 5.1 absent specific request from the Court. When requested, litigants shall deliver paper copies of briefs and exhibits to the Case Manager within three business days.

4. When a party proffers deposition testimony in support of or in opposition to a motion, per Local Rule 7.1(d), the party shall submit relevant excerpts and enough surrounding content to provide context for cited passages. All excerpts from one person's deposition shall be submitted as one exhibit. Condensed transcripts of

depositions are welcome.  If a deposition transcript contains fewer than 30 pages, it may be submitted in full, if there is little colloquy between counsel.

     /s/ Catherine C. Eagles
UNITED STATES DISTRICT JUDGE