UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

CIVIL ACTION NO. 1:15-CV-599

| | |
|---|---|
| FREDDIE WAYNE HUFF, II, | ) |
| Plaintiff, | ) |
| v. | ) |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, an agency of North Carolina, DIVISION OF STATE HIGHWAY PATROL, a principal subunit of an agency of the State of North Carolina, FRANK L. PERRY, in his official capacity as Secretary of the Department of Public Safety and individually; WILLIAM J. GREY, in his official capacity as Commanding Officer of the Division of State Highway Patrol and individually; JENNIFER A. HARRIS, in her official capacity as the Director of Professional Standards for the Division of State Highway Patrol and individually; and JOSEPH A. COTTON, in his official capacity as the Director of Internal Affairs with the Division of State Highway Patrol and individually, | ) **JOINT RULE 26(F) REPORT** |
| Defendants. | ) |

1. Pursuant to Fed.R.Civ.P. 26(f) and LR 16.1(b), a conference between counsel was held on October 9, 2015, via telephone, and was attended by Randolph M. James, attorney for Plaintiff, Freddie Wayne Huff; and Tammera S. Hill, attorney for Defendants North Carolina Department of Public Safety, Division of State Highway Patrol, Frank L. Perry, William J. Grey, Jennifer A. Harris, and Joseph A. Cotton

1

2. Discovery Plan. The parties propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

The circumstances surrounding the claims asserted by Plaintiff;

Plaintiff's claims and Defendants' defenses;

Plaintiff's alleged damages;

Other relevant matters as may be determined through discovery.

Discovery shall be placed on a case-management track established in LR 26.1 The parties agree that the appropriate plan for this case is that designated in LR 26.1 as: <u>Complex.</u>

The date for the completion of all discovery (general and expert) is: May 31, 2016.

Stipulated modifications to the case management track include: Initial disclosures shall be due on or before November 10, 2015.

Reports from retained experts under Rule 26(a)(2) are due during the discovery period:

From Plaintiff by February 2, 2016.

From Defendants by March 2, 2016.

3. Mediation. Mediation should be conducted midway in the discovery period, the exact date to be set by the mediator after consultation with the parties. The parties will confer on a selected mediator.

4. Preliminarily, the parties agree to the following schedule for depositions: All depositions to be completed by the close of the discovery period on May 31, 2016.

5. Other issues:

The parties have discussed special procedures for managing this case, including the reference of the case to a magistrate judge on consent of the parties under 28 U.S.C. § 636(c), or appointment of a master. The parties do not consent to the referral of the case to a magistrate judge.

Trial of the action is expected to take approximately five (5) days. A jury trial has been demanded.

[THIS SPACE INTENTIONALLY LEFT BLANK]

3

Respectfully submitted this the 16th day of October, 2015.

/s/ Randolph M. James
Randolph M. James
Randolph M. James, P. C.
P. O. Box 20069
Winston-Salem, NC  27120
Telephone:  (336) 724-7707
Facsimile:  (336) 724-9722
N.C. Bar No.
Email:  rmjames@rmjameslaw.com

/s/ Tammera S. Hill
Tammera S. Hill
Assistant Attorney General
North Carolina Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6500
Facsimilie: (919) 716-6761
N.C. Bar No. 23172
Email: thill@ncdoj.gov