```
 1   also wearing a highway patrol sweater or
 2   sweatshirt or something?
 3        A.   No.  I think it was a ha -- toboggan.
 4        Q.   Toboggan.  Um ---
 5        A.   Based on the picture.
 6        Q.   Okay.  Did Mr. Webster express an
 7   interest in someday serving, applying to work with
 8   the patrol?
 9        A.   I -- based on my notes here, I'm not
10   sure.  I can't really remember what he indicated.
11        Q.   Okay.  You wrote here, "What did you
12   think about a trooper trying to sell a campaign
13   hat?"  You see that?
14        A.   Which one?
15        Q.   One, two, three, four, five.
16        A.   Okay.
17        Q.   Why do you ask that?
18        A.   Because I think it would be unusual for
19   a trooper to sell a campaign hat.
20        Q.   Okay.  Were you aware that there are
21   people who collect highway patrol memorabilia?
22        A.   Yes, sir.
23        Q.   You knew that before you conducted this
24   interview with Mr. Webster?
25        A.   Possibly.
```

HUFF v. NC DEPT. OF PUBLIC SAFETY, ET AL.   1:15-cv-599
Chaplin & Associates                        336-992-1954

Freddie Wayne Huff, II v. NCDPS                                001
File No. 1:15-CV-599
EXHIBIT 2 to Defendants MSJ
Case 1:15-cv-00599-CCE-JEP   Document 27-2   Filed 08/01/16   Page 1 of 1