# EXHIBIT 4

## Plaintiff's Admissions #4, 8

## REQUEST FOR ADMISSIONS



4. Plaintiff never mentioned Scott Stanbury or any other person Plaintiff stopped for a traffic violation to the Internal Affairs investigators.

   Admit __X__        Deny _____



8. Plaintiff never mentioned Scott Stanbury or any other person Plaintiff stopped for a traffic

3

Freddie Wayne Huff, II v. NCDPS, et al.
File No. 1:15-CV-599
EXHIBIT 4 to Defendants MSJ

001

Case 1:15-cv-00599-CCE-JEP   Document 27-4   Filed 08/01/16   Page 2 of 3

violation during his Pre-disciplinary Conference.

Admit __X__    Deny _____



4

Freddie Wayne Huff, II v. NCDPS, et al.
File No. 1:15-CV-599
EXHIBIT 4 to Defendants MSJ

002

Case 1:15-cv-00599-CCE-JEP   Document 27-4   Filed 08/01/16   Page 3 of 3