# TRANSCRIPT OF TROOPER HUFF INTERVIEW

1      **LIEUTENANT CARTER:** Okay. Okay.
2
3      **TROOPER HUFF:** It looks a lot like it, yes, ma'am.
4
5      **LIEUTENANT CARTER:** Okay. All right. So you decided to sell this hat when
6  your cars -- wife's car blew up?
7
8      **TROOPER HUFF:** Yes, ma'am.
9
10     **LIEUTENANT CARTER:** All right. Go ahead and finish telling us about that.
11
12     **TROOPER HUFF:** And I found a guy, I believe he was 18, 19 years old from
13 Iredell County.
14
15     **LIEUTENANT CARTER:** Uh-huh.
16
17     **TROOPER HUFF:** Said he wanted to be a trooper. He's a volunteer fireman.
18 A tele -- I think he said he was a telecommunicator in -- in Iredell County and he was the
19 one that -- that took the hat.
20
21     **LIEUTENANT CARTER:** Okay. Now when you say you found him, you found
22 him through eBay --
23
24     **TROOPER HUFF:** That's correct.
25
26     **LIEUTENANT CARTER:** -- or --
27
28     **TROOPER HUFF:** That's correct.
29
30     **LIEUTENANT CARTER:** Because did you -- you basically post -- did you post it
31 on eBay?
32
33     **TROOPER HUFF:** I did.
34
35     **LIEUTENANT CARTER:** And is this your -- what do you call that? I mean, a
36 moniker or what do you call this?
37
38     **TROOPER HUFF:** I don't know. Buckeye 5351. Screen name, I would
39 assume.

# TRANSCRIPT OF TROOPER HUFF INTERVIEW

1    **LIEUTENANT CARTER**: Right. Screen name. Is that -- that's you?
2
3    **TROOPER HUFF**: Yes, ma'am.
4
5    **LIEUTENANT CARTER**: Okay. And --
6
7    **TROOPER HUFF**: Whoops. I'm sorry.
8
9    **LIEUTENANT CARTER**: You're fine. And so when you put this thing on eBay,
10   this one says actually Winston-Salem, but I have seen one that said location was Ohio. Did
11   you put it in Winston-Salem or did you put the location Ohio --
12
13   **TROOPER HUFF**: No. I have put them in both.
14
15   **LIEUTENANT CARTER**: In both?
16
17   **TROOPER HUFF**: Yeah.
18
19   **LIEUTENANT CARTER**: Okay.
20
21   **TROOPER HUFF**: Because I've had people ask me if I if could meet them
22   places or --
23
24   **LIEUTENANT CARTER**: Yeah. Because this badge actually says location is
25   Ohio.
26
27   **TROOPER HUFF**: Right.
28
29   **LIEUTENANT CARTER**: So why would you do that? Why would you put the
30   location as in Ohio?
31
32   **TROOPER HUFF**: I don't -- didn't want nobody in my business, honestly.
33
34   **LIEUTENANT CARTER**: Uh-huh.
35
36   **TROOPER HUFF**: I mean, I really didn't. You know, the stuff that I do, badge
37   collecting is stuff I've done for years. I guess I didn't really want this to come to light.
38
39   **LIEUTENANT CARTER**: Uh-huh.

# TRANSCRIPT OF TROOPER HUFF INTERVIEW

1  **LIEUTENANT CARTER**: Was he somebody locally or was that something you
2  had to ship off?

3  **TROOPER HUFF**: I can't -- well, yeah, I shipped it off, but I can't -- I can't
4  remember a lot of the details on -- on it, to be honest with you. I wish I could. I sold a -- I
5  sold a AR 15; I sold my -- I sold a handgun; I sold this; I sold this.

7  **FIRST SERGEANT SNOTHERLY**: You ever sell any shoes or belts or --

9  **TROOPER HUFF**: Nope.

11  **FIRST SERGEANT SNOTHERLY**: -- patches or nothing like that?

13  **TROOPER HUFF**: Nope. Nope, nope, nope. I've never even traded patches.

15  **LIEUTENANT CARTER**: Well, what about -- now we saw online now about you
16  posted some shoes and belts for sale.

18  **TROOPER HUFF**: Oh, yeah. That's right. I got those -- I got those for resale.

20  **LIEUTENANT CARTER**: What do you mean?

22  **TROOPER HUFF**: I actually bought them. I -- one's a -- they're both Safari
23  Land.

25  **LIEUTENANT CARTER**: Uh-huh.

27  **TROOPER HUFF**: You know, that stuff came from -- Golly. That's stuff the
28  Patrol don't even issue. That's stuff is real good stuff. Like this here. Like this.

30  **FIRST SERGEANT SNOTHERLY**: That's your --

32  **TROOPER HUFF**: Old school stuff.

34  **LIEUTENANT CARTER**: Oh, okay.

36  **TROOPER HUFF**: Yeah.

38  **FIRST SERGEANT SNOTHERLY**: What about shoes?

# TRANSCRIPT OF TROOPER HUFF INTERVIEW

1   **LIEUTENANT CARTER**:  I was wondering what suede was.
2
3   **TROOPER HUFF**:  Yeah.  I think I sold some shoes, too.
4
5   **FIRST SERGEANT SNOTHERLY**:  And, again, most of the time when we ask
6   you questions, we're not asking you something we probably don't already know.
7
8   **TROOPER HUFF**:  Oh, I know.  Like I said, I was an investigator for a long
9   time.
10
11   **FIRST SERGEANT SNOTHERLY**:  Oh, sure.  So...
12
13   **LIEUTENANT CARTER**:  And we're not trying to --
14
15   **TROOPER HUFF**:  Trick me.
16
17   **LIEUTENANT CARTER**:  -- trick you.
18
19   **TROOPER HUFF**:  I'm not trying to be --
20
21   **LIEUTENANT CARTER**:  That's why we're -- wait a minute.  You're not --
22
23   **TROOPER HUFF**:  I am trying to tell you everything that I -- that I --
24
25   **LIEUTENANT CARTER**:  Here's the belt.
26
27   **TROOPER HUFF**:  Got -- yep.  That's it.
28
29   **LIEUTENANT CARTER**:  Here's this belt and here's these shoes.
30
31   **TROOPER HUFF**:  Okay.  Yeah.  These belts here I actually bought with an
32   Amazon card.
33
34   **LIEUTENANT CARTER**:  From Amazon?
35
36   **TROOPER HUFF**:  Yep.  Sure did.  And then when they got here, I didn't like
37   them --
38
39   **LIEUTENANT CARTER**:  Uh-huh.

Freddie Wayne Huff, II v. NCDPS
File No. 1:15-CV-599
EXHIBIT 5 to Defendants MSJ
Case 1:15-cv-00599-CCE-JEP   Document 27-5   Filed 08/01/16   Page 4 of 7

004

# TRANSCRIPT OF TROOPER HUFF INTERVIEW

1
2       **TROOPER HUFF**:  -- and I was like, well --
3       **LIEUTENANT CARTER**:  Well, what did you not like about them?
4
5       **TROOPER HUFF**:  -- I'll turn around and -- they were just different.
6  They're -- on the back of them --
7
8       **LIEUTENANT CARTER**:  Uh-huh.
9
10      **TROOPER HUFF**:  -- it's got a --
11
12      **LIEUTENANT CARTER**:  Because it said suede or something.  I didn't quite
13 understand what that --
14
15      **TROOPER HUFF**:  You see how this is right here?
16
17      **LIEUTENANT CARTER**:  Yeah.  That looks like leather.
18
19      **TROOPER HUFF**:  Well on the back of these it's a -- it's suede.  I've got them at
20 the -- I've got them at the house.  I've got one in my patrol car actually I tried to give to
21 another trooper.  It's a size 28 --
22
23      **LIEUTENANT CARTER**:  Uh-huh.
24
25      **TROOPER HUFF**:  -- and he was too big for it.
26
27      **LIEUTENANT CARTER**:  Because you don't wear a 28.
28
29      **TROOPER HUFF**:  No.  Well, what happened was I bought a 36.  They sent
30 me the 28.
31
32      **LIEUTENANT CARTER**:  Oh.  They sent you the wrong thing.
33
34      **TROOPER HUFF**:  Well, then I told them, I said you sent me the 28.  And the
35 guy sent me a message.  He's like, I can't sell the 28.  Just keep it.  I'll send you the 36.
36
37      **LIEUTENANT CARTER**:  Oh.
38
39      **TROOPER HUFF**:  So then I turned around and put the 28 and the 36 -- the 28

Freddie Wayne Huff, II v. NCDPS
File No. 1:15-CV-599
EXHIBIT 5 to Defendants MSJ

005

Case 1:15-cv-00599-CCE-JEP   Document 27-5   Filed 08/01/16   Page 5 of 7

# TRANSCRIPT OF TROOPER HUFF INTERVIEW

1 and the 36 back online --
2
3       **LIEUTENANT CARTER**: Okay.
4
5       **TROOPER HUFF**: -- to sell.
6
7       **LIEUTENANT CARTER**: All right. So that wasn't Patrol issued belts?
8
9       **TROOPER HUFF**: No.
10
11       **LIEUTENANT CARTER**: All right. What about the shoes?
12
13       **TROOPER HUFF**: Now, these shoes, those are the ones that I was issued. I
14 bought these right here because these things right here, as y'all might know, are just -- are
15 crappy. So I just wanted to get rid of them.
16
17       **LIEUTENANT CARTER**: Why didn't you just give them away?
18
19       **TROOPER HUFF**: I couldn't give them away. I tried to give them away. Didn't
20 nobody want them shoes.
21
22       **FIRST SERGEANT SNOTHERLY**: You could have turned them back into C&L.
23 They take them. Did you think about doing that?
24
25       **TROOPER HUFF**: No. I didn't even think about that. Didn't even think. I had
26 actually wore one pair, I think.
27
28       **LIEUTENANT CARTER**: How many shoes were you issued out of Patrol
29 school? How many pairs of shoes, not maybe -- not meaning how many shoes, but...
30
31       **TROOPER HUFF**: Three.
32
33       **LIEUTENANT CARTER**: Three pair?
34
35       **TROOPER HUFF**: (Nods head up and down.)
36
37       **LIEUTENANT CARTER**: All right. How many did you sell?
38
39       **TROOPER HUFF**: One.

# TRANSCRIPT OF TROOPER HUFF INTERVIEW

**LIEUTENANT CARTER:** And that's the pair that you sold?

**TROOPER HUFF:** I sold one pair and I have -- which I didn't even -- to be honest with you, I didn't even sell them. I gave them away because --

**LIEUTENANT CARTER:** Now, there's a difference between sold and gave.

**TROOPER HUFF:** Oh, yeah. There is a big difference.

**LIEUTENANT CARTER:** So you need to be clear on that.

**TROOPER HUFF:** I put them on there to sell for a -- my reserve was set at 50 cents.

**LIEUTENANT CARTER:** Uh-huh.

**TROOPER HUFF:** And I didn't have -- I didn't know it was set at 50 cents. Well a woman in New York bought them for 50 cents. So I actually gave them to her. I -- it cost me like $12 to the send them. So I sent them.

**LIEUTENANT CARTER:** Okay. So it's semantics?

**TROOPER HUFF:** Pretty much.

**LIEUTENANT CARTER:** Because you put them on there to sell and even though your reserve, it was 50 cents, you sold the shoes for 50 cents, but it cost you money to mail them to her?

**TROOPER HUFF:** Correct.

**LIEUTENANT CARTER:** Okay.

**TROOPER HUFF:** The other pair is sitting at home in my closet.

**LIEUTENANT CARTER:** Okay. But you bought the ones that you've got?

**TROOPER HUFF:** I do -- did.