1    Q.    Well, I'm just asking, did you -- were
2    you aware there was ---
3    A.    I do not recall saying that to Officer
4    Huff, and I would be very surprised if I said
5    something like that to him.
6    Q.    Do you recall asking Trooper Huff to
7    drive around for a while?
8    A.    Yes.
9    Q.    Do you recall telling Trooper Huff that
10   a DWI would have a deleterious effect on you and
11   your business in your community?
12   A.    I thought so, yes.
13   Q.    Did you want Trooper Huff to drive long
14   enough so that the alcohol in your bloodstream
15   would dissipate before you had to do the
16   breathalyzer.
17   A.    I was hoping that, yes.  I didn't -- I
18   didn't think I was -- I was surprised that I
19   blowing over the limit.  I knew I had to be fairly
20   close.  He just said no.
21   Q.    And did he tell you why he couldn't do
22   that?
23   A.    I don't recall why.  He said that --
24   probably because he was a state trooper and he
25   couldn't do that so he just said, "Sorry, I can't

FREDDIE WAYNE HUFF, II v. NC DEPT OF PUBLIC SAFETY, et al.  1:15-cv-599
Chaplin & Associates                                        336-992-1954

001

Freddie Wayne Huff, II v. NCDPS
File No. 1:15-CV-599
EXHIBIT 10 to Defendants MSJ

Case 1:15-cv-00599-CCE-JEP   Document 27-10   Filed 08/01/16   Page 1 of 4

```
 1   did you ask anyone else?
 2        A.    No, I did not.
 3              MR. JAMES:  Okay.  Mr. Stanberry,
 4   I'm even shorter than I thought.  That's all the
 5   questions I have.
 6              THE WITNESS:  Okay.
 7              MS. HILL:  I have just a few.
 8              THE WITNESS:  Sure.
 9              MS. HILL:  Very quickly,
10   Mr. Stanberry.
11                    EXAMINATION
12   BY MS. HILL:
13        Q.    And my name is Tammera Hill and I
14   represent the Department of Justice in this
15   matter.
16              I take it since you don't know Governor
17   McCrory, you did not make any phone calls to him
18   on your behalf for this DWI?
19        A.    No.  I just -- just to kind of clarify a
20   little bit. Look, when you live in a small town,
21   as you know, since you were in Franklin for a
22   while, you pretty much know everybody in that
23   small town and if you're in business, and my
24   family's been, you know, good stewards of the
25   community for as long as you can remember in
```

FREDDIE WAYNE HUFF, II v. NC DEPT OF PUBLIC SAFETY, et al.  1:15-cv-599
Chaplin & Associates                                        336-992-1954

002

Freddie Wayne Huff, II v. NCDPS
File No. 1:15-CV-599
EXHIBIT 10 to Defendants MSJ

Case 1:15-cv-00599-CCE-JEP   Document 27-10   Filed 08/01/16   Page 2 of 4

1  Sylva, the last thing you want to do is -- you
2  know, I coached Little League for ten years. I
3  mean I did -- you know, we give back to the
4  community.
5           I -- I felt, you know, ashamed of what
6  had happened that night. I didn't want those
7  people or kids to think a person that they had
8  looked up to at one time or even people in the
9  community had made that mistake. Now, it's a
10 mistake and to get -- and I learned greatly from
11 it. Whether it was dismissed or not, I learned
12 from it.
13          It does not take a lot to get to a .08.
14 And that's for -- that I know for sure and I don't
15 know if that machine was right or not. I don't
16 know if my acid reflux was causing issues or
17 anything else for that matter. And it doesn't
18 really matter. The point is I never should have
19 been even close to that point and -- and it'll
20 never happen again.
21          I'm not sure I'm defending myself right
22 now but I am. I didn't want anyone to know about
23 that situation. I kept it literally as quiet as I
24 could possibly keep it. I didn't even tell my own
25 brother and partner about it. I didn't want

FREDDIE WAYNE HUFF, II v. NC DEPT OF PUBLIC SAFETY, et al. 1:15-cv-599
Chaplin & Associates                                      336-992-1954

Freddie Wayne Huff, II v. NCDPS                                    003
File No. 1:15-CV-599
EXHIBIT 10 to Defendants MSJ
Case 1:15-cv-00599-CCE-JEP   Document 27-10   Filed 08/01/16   Page 3 of 4

```
 1   anybody to know about it in town.  I told my -- I
 2   told my Frank, my attorney and Scott Smith, the
 3   attorney and that is all.  That's the only people
 4   I spoke to about it.
 5        Q.   And to your knowledge these
 6   contributions that have been shown to you, none of
 7   them were intentionally -- were any of those
 8   intentionally made to Governor McCrory's campaign
 9   on your behalf?
10        A.   No, I had no idea where they -- once you
11   give the money to the association you don't --
12   well, obv -- obviously, you don't know where the
13   money goes.  It's pol -- it goes to political
14   action committees I'm -- I'm assuming.  I thought
15   more probably on the fed -- on the national level
16   but I guess some of the local money I gave to the
17   local PAC probably went to the local level as
18   well.
19             I think it goes -- I think we give money
20   to both democrats and republicans alike.  I think
21   they probably look at whatever politician they
22   feel like is going to be best for our association.
23   They probably donate money to that.  I guess in
24   this situation, I guess they thought Governor
25   McCrory was but I didn't know about it.
```

FREDDIE WAYNE HUFF, II v. NC DEPT OF PUBLIC SAFETY, et al. 1:15-cv-599
Chaplin & Associates                              336-992-1954

Freddie Wayne Huff, II v. NCDPS                                  004
File No.  1:15-CV-599
EXHIBIT 10 to Defendants MSJ
Case 1:15-cv-00599-CCE-JEP   Document 27-10   Filed 08/01/16   Page 4 of 4