FILED: October 2, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2378
(1:15-cv-00599-CCE-JEP)

_____

FREDDIE WAYNE HUFF, II

      Plaintiff - Appellant

v.

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; DIVISION OF
STATE HIGHWAY PATROL, a principal subunit of an agency of the State of
North Carolina; WILLIAM J. GREY, in his official capacity as Commanding
Officer of the Division of State Highway Patrol and individually; JENNIFER A.
HARRIS, in her official capacity as the Director of Professional Standards for the
Division of State Highway Patrol and individually; JOSEPH A. COTTON, in his
official capacity as the Director of Internal Affairs with the Division of State
Highway Patrol and individually,

      Defendants - Appellees

 and

FRANK L. PERRY

      Defendant

_____

# M A N D A T E
_____

The judgment of this court, entered September 8, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*